No. 89–5700. REIS *v.* NEW YORK STATE HOUSING FINANCE AGENCY. Ct. App. N. Y. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until November 20, 1989, within which to pay the docketing fee required by Rule 45(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

JUSTICE BRENNAN, JUSTICE MARSHALL, JUSTICE BLACKMUN, and JUSTICE STEVENS, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.*, 464 U. S. 928 (1983), we would deny the petition for writ of certiorari with-

out reaching the merits of the motion to proceed *in forma pauperis*.